# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY DEVON WESSON,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82375

FILED

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on February 3, 2020. Appellant did not file the notice of appeal, however, until December 21, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant's appeal is in regard to the order denying a motion for appointment of counsel entered on January 20, 2021, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                              Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-04778

cc: Hon. Jerry A. Wiese, District Judge
Jeremy Devon Wesson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk